AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*October 06, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Savin SENG | ) | Case No. V-25-096M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 6, 2025** in the county of **Victoria** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(5) | - it shall be unlawful for any person, who, being an alien, is illegally or unlawfully in the United States; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:
(See attachment A)

☑ Continued on the attached sheet.

*Complainant's signature*

Carl E. Marshall, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Date: October 6, 2025

*Judge's signature*

City and state: Corpus Christi, Texas    Mitchel Neurock, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

## AFFIDAVIT

I, Carl E. Marshall, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this position from September 2015 until June 2025, when I voluntarily retired from duty before returning as a rehired annuitant in September of 2025. My responsibilities include investigating criminal violations relating to offenses committed against the United States including but not limited to, immigration violations, controlled substances violations, financial crimes, fraud, and child exploitation.

2. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation to establish probable cause for the issuance of the arrest warrant.

3. Because of my personal participation in this investigation and of reports, oral and written, made to me by other law enforcement officials, and interviews of witnesses involved firsthand in matters surrounding this investigation, I am familiar with the circumstances of the offenses described in the Affidavit. On the basis of this direct participation and on the basis of my training and experience set forth herein, I state the facts contained in this Affidavit show the following:

4. There is probable cause to believe that Savin SENG is in violation of Title 18 United States Code 922(g)(5), Alien in Possession of a Firearm.

5. At approximately 9:45am on Friday, October 3, 2025, Victoria County Sheriff's Office requested HSI assistance regarding a shooting incident that occurred at a residence of the Telferner community, on the outskirts of Victoria, Texas. A female victim at the scene was pronounced dead from a gunshot wound to the head. The shooter was reported to have fled the scene on foot, according to the owner of the residence who rents out rooms of his home to various tenants.

Various agencies including federal, state, and local law enforcement assisted in setting and maintaining a perimeter for the search.

6. Detectives at the shooting scene determined that the suspected shooter had abandoned his own cell phone after shooting the victim and had apparently taken the victim's cell phone with him. In a search of the suspected shooter's abandoned cell phone, a recent selfie image was found of the phone's owner holding a Glock pistol with an extended magazine. The residential homeowner identified the person in the image as being the homicide suspect. Several facial recognition databases were queried using this image, and many consistent returns indicated that the image was that of Savin SENG. SENG's image was linked to numerous press releases about a previous homicide he had committed in Los Angeles, California, and for which an outstanding homicide warrant had been issued on March 30, 2022. An LAPD detective for that prior case, Detective Guillermo, was contacted and sent the digital image of the suspected shooter. Detective Guillermo stated that he was "100% certain" that the suspect in the image was Savin SENG, the target of his own homicide investigation in Los Angeles, California.

7. At approximately 8:27pm that same day, VCSO deputies M. Ramos and B. Garcia responded to a concerned citizen report of a person matching the description of the shooter walking on Highway 59 near the intersection of FM 1686, less than a mile from the scene of the shooting. Deputies encountered and identified Savin SENG as the walker and took him into custody without incident. SENG had a loaded Glock 17, 9mm pistol in the left front pocket of his shorts, and a loaded 31-round extended magazine for the pistol in his right front pocket at the time of his arrest.

8. HSI Victoria Special Agent C. Marshall conducted an immigration record search of Savin SENG in EARMS and determined him to be a Cambodian national who illegally entered the United States as a child, accompanied at the time by his father. SENG has not obtained immigration status since his entry into the United States. SENG has previously been ordered removed from the United States as an Aggravated Felon on April 8, 2016, in Los Angeles, California, however his physical removal from the U.S. has not occurred due to SENG obtaining relief from being returned to his home country of Cambodia. SENG has remained in the United States without any immigration status and is illegally present in the United States. SENG's prior Order of Removal remains active, thus SENG is amenable to removal to his native country of Cambodia as a "Bag and Baggage".

9. On October 5, 2025, Agent Marshall conducted an audio recorded immigration interview of Savin SENG at the Victoria County Jail in Victoria, Texas. SENG was read his Miranda Warnings by Agent Marshall, which he acknowledged and then waived. SENG was asked his citizenship and admitted that he was a citizen of Cambodia and that he was illegally present in the United States. SENG was asked about his prior order of removal in Los Angeles and SENG agreed that he had previously been ordered removed from the United States. He claimed that after his immigration hearing, he was picked up and taken into state custody at Orange County Jail with a "Habeus Corpus" order. He claimed he was then transferred to a prison in Atlanta, Georgia before being transferred to Louisiana. SENG stated that he expected to eventually be sent home to Cambodia, and that he desired to return to his home country, but that he had never been turned over to Immigration following his prison sentence and had never departed the United States. SENG was asked how he came to be in possession of a firearm. SENG stated that he wasn't a snitch, so his statement was simply that the gun fell from the sky and he picked it up. He stated that with his background, he's had many guns and that they are always easy to come by.

10. Agent Marshall contacted Corpus Christi ATF Special Agent David Morris and supplied him with images of the Glock pistol that was found in the left front pocket of Savin SENG at the time of his arrest. Agent Morris verbally stated that the Glock 17, 9mm caliber pistol, serial number KBR116, was manufactured outside of the state of Texas, which indicates an interstate nexus of the firearm. An Interstate/Foreign Nexus report for the firearm was submitted to ATF Special Agent D. Morris on October 5, 2025, and an ATF EF 3120.2 report was returned on October 6, 2025, which notes that that the Glock 17 pistol in question was manufactured in the country of Austria, and that the firearm was recovered by law enforcement officers in the state of Texas. It was ATF Special Agent Morris' opinion that, a.) a firearm as defined in 18 U.S.C. § 921(a)(3), and b.) the GLOCK Pistol was shipped or transported in interstate or foreign commerce.

11. The facts of the case were provided to AUSA Patti Booth, who accepted the case for federal prosecution of Savin SENG for violation of Title 18 USC 922(g)(5), Alien in Possession of a Firearm, in that it shall be unlawful for any person, who, being an alien, is illegally or unlawfully in the United States; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition.

## CONCLUSION

12. I submit that this affidavit supports probable cause for an arrest warrant for Savin SENG in this matter for a violation of Title 18 United States Code 922(g)(5), Alien in Possession of a Firearm.

Respectfully submitted,

_____
Carl E. Marshall
HSI Special Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim..P.4.1, and probable cause found, on this 6th day of October, 2025.

_____
Mitchel Neurock, U.S. Magistrate Judge

4